NUMBER 13-01-700-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


THOMAS McLAUGHLIN, ET AL. , Appellants,


v.


SBC COMMUNICATIONS, INC., ET AL. , Appellees.

____________________________________________________________________


On appeal from the 148th District Court

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N

 

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

Appellants, THOMAS McLAUGHLIN, ET AL. , perfected an appeal from a judgment entered by the 148th District Court
of Nueces County, Texas, in cause number 00-4540-E . After the record was filed, appellants filed a motion to dismiss the
appeal. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 6th day of December, 2001 .